USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patrick C. Obah,

                Plaintiff,

-against-

Department of Administration for Children Services,

                Defendants.

1:23-cv-04997 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall respond to Defendants' motion to dismiss no later than November 27, 2023 and Defendants shall file any reply no later than December 18, 2023.

SO ORDERED.

Dated:     New York, New York
           October 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge