```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :
PATRICK C. OBAH,                     :

                          Plaintiff,  :       1:23-cv-4997-GHW

                   -v-                   :       <u>ORDER</u>

CITY OF NEW YORK, *et al.*,     :

                        Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On May 30, 2024, the Court issued an order granting Defendants' motion to dismiss Plaintiff's complaint and dismissing Plaintiff's claims without prejudice.  Dkt. No. 27.  The Court granted Plaintiff leave to amend the complaint by July 1, 2024.  Dkt. No. 29.  As of the date of this order, Plaintiff has not filed an amended complaint.  Accordingly, Plaintiff's claims are dismissed with prejudice.

       The Clerk of Court is directed to enter judgment for Defendants, close this case, and mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                                                         GREGORY H. WOODS
                                                                   United States District Judge