**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
PATRICK C. OBAH,

                     Plaintiff,

   -against-                                             23 **CIVIL** 4997 (GHW)

                                                                                **JUDGMENT**

CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 10, 2024, Plaintiff's claims are dismissed with prejudice. Judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York

      July 10, 2024

                                                              **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                 **BY:**  _____
                                                              **Deputy Clerk**