USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patrick C. Obah,

                Plaintiff,

-against-

Department of Administration for Children Services,

                Defendants.

1:23-cv-04997 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall respond to Defendants' motion to dismiss the Amended Complaint (ECF No. 39) no later than October 25, 2024 and Defendants shall file any reply no later than November 8, 2024.

**SO ORDERED.**

Dated:    New York, New York
            September 25, 2024

_____
STEWART D. AARON
United States Magistrate Judge