

*Muriel Goode-Trufant*
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

August 8, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

> Application DENIED. The Initial Pretrial Conference shall go forward on August 12, 2025. However, the parties are relieved of their obligation to file a proposed Case Management Plan in advance of the conference. The Court will address the discovery process and set a discovery schedule during the conference. Thereafter, Plaintiff will have ample opportunity to seek any necessary assistance. SO ORDERED.
> Dated: August 8, 2025

Re:   Patrick Obah v. Department of Administration for Children's Services, et al.
Civil Action No.: 23-cv-04997 (GHW)(SDA)

Dear Judge Aaron:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and represent Defendants the City of New York, Robert Holmes, Alesha Bovell-John, and Carol Jacobs in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practices and Rules, I write jointly with pro se Plaintiff to respectfully request an adjournment of the case management conference currently scheduled for August 12, 2025.

I provided Plaintiff with a proposed Case Management Order; however, he indicated that he was unsure how to complete it. I advised him to contact the Pro Se Office for assistance. Plaintiff has informed me that he intends to do so but requires additional time.

Accordingly, the parties respectfully request an adjournment of the upcoming conference to allow Plaintiff sufficient time to seek assistance and for the parties to jointly complete the Case Management Order.

We thank the Court for its consideration of this request.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc: cc: Patrick C. Obah (via ECF and obahpat@gmail.com)