**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Patrick C. Obah, | |
| Plaintiff, | 1:23-cv-04997 (GHW) (SDA) |
| -against- | ORDER |
| Department of Administration for Children Services, | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on January 30, 2026. (*See* 12/23/25 Order, ECF No. 57.) It is hereby Ordered that, no later than February 11, 2026, the parties shall file a joint letter setting forth proposed next steps in this action, including whether they would like to participate in a settlement conference and whether any party intends to file a dispositive motion, in which case the joint letter shall include a proposed briefing schedule.

**SO ORDERED.**

Dated:   New York, New York
February 4, 2026

_____
STEWART D. AARON
United States Magistrate Judge