Application GRANTED.

SO ORDERED.
Dated: April 2, 2026



**Steven Banks**
**Corporation Counsel**

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

April 1, 2026

**<u>BY ECF</u>**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

      Re:  <u>Patrick Obah v. Department of Administration for Children's Services, et al.</u>
            Civil Action No.: 23-cv-04997 (GHW)(SDA)

Dear Judge Aaron:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and represent Defendants the City of New York, Robert Holmes, Alesha Bovell-John, and Carol Jacobs in the above-referenced matter. I respectfully write to request a 30-day extension of time, from April 3, 2026 to May 4, 2026, for Defendants to file their Motion for Summary Judgment.

      Defendant proposes the following briefing schedule:

Defendants will file their Motion for Summary Judgment by May 4, 2026;
Plaintiff will file his Opposition by June 1, 2026;
Defendants will file their reply by June 22, 2026.

      This request is made due to a brief, unforeseen absence from the office for family matters, which has limited the undersigned's ability to complete preparation of the motion. This is a modest request and is not sought for purposes of delay.  Plaintiff has graciously agreed to this extension. The requested extension will not affect any other deadlines or the overall schedule of the case.

Defendants respectfully thank the Court for its consideration.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc: Patrick C. Obah (via ECF and obahpat@gmail.com)